# UNITED STATES DISTRICT COURT
# DISTRICT OF WYOMING

UNITED STATES OF AMERICA,　　　　Case No. __14MJ08SWS__

　　　　　　　　　　　　　　　　　　■ Complaint　　　☐ Indictment
　　　　　　　　　　　　　　　　　　☐ Information　　☐ Petition to Revoke

vs.

STEFANI COLLEEN RULAND　　　　Offenses: Count 1: Theft of Mail, 18 U.S.C. 1708; Count 2: Unlawful Use of a Means of Identification, 18 U.S.C. 1028(a)(7)

Before R. Michael Shickich　　　　Date: __2/4/14__　　　　Time: __3:55 - 4:01 p.m.__
United States Magistrate Judge

　　　　　　　　　　　　　　　　__Deany Fondren__　　　　　　__Karen Bila__
　　　　　　　　　　　　　　　　Deputy Clerk　　　　　　　　Probation Officer

__Todd Shugart__　　　　　　　　__FTR__　　　　　　　　　__N/A__
Assistant United States Attorney　Tape No.　　　　　　　　Interpreter

■ Appeared　　　☐ Voluntarily　　　■ In-Custody

■　Defendant advised of charges and possible penalties

■　Defendant filed financial affidavit and is informed of consequences if any false information is given.

☐　Attorney appearing: _____
　　　☐ FPD　　☐ PANEL-CJA　　☐ RETAINED

☐　Attorney waived.

1.　■　Initial appearance;　Date __February 4, 2014__

　☐　Bail is set at $ _____.

　　　　☐ Unsecured　　☐ Cash/Surety　　☐ P/R-No Amount

　☐　Conditions of Release:

　　　　☐ Third party custody to _____
　　　　☐ Maintain/actively seek employment

**MAGISTRATE CRIMINAL PROCEEDING SHEET**
(Disposition by District Court)

| | |
|---|---|
| ☐ | Travel restricted to _____ |
| ☐ | No excess alcohol / no alcohol |
| ☐ | Alcohol/Drug testing |
| ☐ | Shall not possess firearms, ammunition, explosive devices, dangerous weapons |
| ☐ | No contact with _____ |
| ☐ | Shall not illegally use or possess drugs or be in the presence of anyone illegally using or possessing drugs |
| ☐ | Report to pretrial services as directed |
| ☐ | Obtain no passport |
| ☐ | Surrender passport |
| ☐ | Other _____ |

☐ Detention hearing set for _____.

☐ Bail review/detention hearing.   Date: _____.

■ Defendant detained, reasons:   <u>Pending detention hearing.  Order to be filed.</u>

◉ Defendant committed to custody of U.S. Marshal.

☐ Preliminary hearing set for _____   ☐ Preliminary hearing waived.

☐ Removal Hearing Waived.   ☐ Removal Hearing held.  Date:_____.

☐ Court orders defendant held to answer to U.S. District Court, District of _____.
  ☐ Bond to transfer.  Defendant to report on or before _____.
  ☐ Warrant of removal and final commitment to issue.

☐ Case continued to _____ for _____.

☐ Other _____.

2. ☐ Preliminary hearing.   Date _____.
      Witnesses: _____.

☐ Outcome:
  ☐ Bound over to U.S. District Court.   ☐ Dismissed.