# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF WYOMING

_____

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>vs.<br><br>STEFANI COLLEEN RULAND<br>Defendant. | Case No.  14MJ08SWS |

## ORDER OF DETENTION PENDING TRIAL

In accordance with the Bail Reform Act, 18 U.S.C. §3142(f), a detention hearing has been held in this matter.  The Court finds that the following facts require the detention of Defendant pending trial.

### Part I Findings of Fact

(1)      There is probable cause to believe the Defendant has committed an offense.

■Defendant has been charged by Complaint with a violation of  18 USC 1708 - Theft of Mail (COUNT 1) and 18 USC 1028(a)(7) and (b)(1)(D) - Unlawful Use of a Means of Identification (COUNT 2)

(2)      There is a serious risk the Defendant will endanger the safety of the community.

(3)      The defendant presents a flight risk.

### Part II - Written Statement of Reasons for Detention

Upon hearing the facts and reviewing the Pretrial Services Bond Report, the Court finds, to a clear and convincing standard, that the Defendant shall be detained.  Court bases its findings on the following: Nature of instant offense while on bond for similar offense, criminal history, methamphetamine use.

### Part III - Directions Regarding Detention

The Defendant is committed to the custody of the Attorney General or his designated representative for the confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being in custody pending appeal.   The Defendant shall be afforded a reasonable opportunity for private consultation with defense counsel.  On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court appearance.

February 7, 2014
_____          _____

*Date*                                    *R. Michael Shickich*
                                          *United States Magistrate Judge*