David Weiss
Asst. Federal Public Defender
214 W. Lincolnway Ste. 31A
Cheyenne WY 82001
307-772-2781
fax: 307-772-2788

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 14-MJ-08-S |
| | **)** | |
| **STEFANI RULAND**, | ) | |
| | ) | |
| Defendant. | ) | |

*MOTION FOR DETAINEE'S*
*EXAMINATION & PRESCRIPTION MEDICATIONS AT GOVERNMENT EXPENSE*

COMES NOW the Defendant, by and through her court-appointed counsel, David Weiss, Assistant Federal Public Defender and moves the Court for an order allowing: (1) examination of the Defendant by a physician to evaluate any needed medications/devices; (2) prescribe recommended medications/devices and (3) provide said evaluation and prescriptions/devices at the expense of the government. Counsel advises the Court as follows:

1. Defendant is currently housed at the Scotts Bluff County Detention Center, Gering, NE.

2. Defendant has an ongoing medical history of Endometriosis and pre-menstrual dysphoric disorder.

3. Defendant has historically used the NovaRing to treat these issues and was using this treatment prior to arrest.

4. Defendant is being provided ibuprofen by Scotts Bluff County Detention Center. The ibuprofen is irritating defendant's ulcers.

5. Detention center medical staff is aware of her condition and advised her to contact her attorney.

6. Defendant advises that she will be willing to pay for the prescriptions/devices if necessary.

WHEREFORE Defendant prays that an Order issue allowing: (1) examination of the Defendant by a physician to evaluate any needed medications/devices; (2) prescribe recommended medications/devices and (3) provide said evaluation and prescriptions/devices at the expense of the government.

DATED this 19th day of March, 2014.

Respectfully submitted,

VIRGINIA L. GRADY
Federal Public Defender, Interim

*/s/ David Weiss*
David Weiss
Asst. Federal Public Defender
214 W. Lincolnway Ste. 31A
Cheyenne WY 82001
307-772-2781

## *CERTIFICATE OF SERVICE*

  I hereby certify that the foregoing was served on the 19th day of March, 2014, upon the following by:

☐ e-mail
☐ hand delivery to USAO court box
☐ fax
☐ mail, postage paid
☒ electronic filing

           /s/ *David Weiss*