FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

2014 MAR 19 PM 3 29

STEPHAN HARRIS, CLERK
CASPER

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   No. 14-MJ-08-S |
| | ) |
| **STEFANI RULAND**, | ) |
| | ) |
| Defendant. | ) |

## ORDER FOR DETAINEE'S
## EXAMINATION & PRESCRIPTION MEDICATIONS AT GOVERNMENT EXPENSE

THIS MATTER having come before the court upon written motion by defense counsel, and having reviewed the file and being fully advised, finds and orders as follows:

(1) Defendant shall be evaluated by a physician to determine any medications/devices that the Defendant may need to have administered;

(2) The physician shall prescribe recommended medications/devices;

(3) The evaluation ~~and prescriptions/devices~~ -SWS shall be provided to the Defendant at the expense of the Government;

(4) Prescriptions/devices shall follow Defendant to any facility that the Defendant may be incarcerated in in the District of Wyoming.

DATED this 19th day of March, 2014.

_____
UNITED STATES DISTRICT COURT JUDGE